JS-6

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**

JUN 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JUAN LEWIS GALLARDO, | Case No. EDCV 13-00698 JFW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| R. BARNES, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: June __, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**ENTERED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**

JUN 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY